IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY G. ROSE**                                                                                              **PLAINTIFF**

v.                                          CASE NO. 4:22-CV-00671-BSM

**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

### ORDER

After *de novo* review of the record, the recommended disposition from United States Magistrate Judge J. Thomas Ray [Doc. No. 17] is adopted. The commissioner's decision is affirmed and Timothy Rose's case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE