IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY G. ROSE**                                                       **PLAINTIFF**

**v.**                   **CASE NO. 4:22-CV-00671-BSM**

**SOCIAL SECURITY ADMINISTRATION**                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE